IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE GLENN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv789-MHT |
| | ) | |
| MARCIA MONTGOMERY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the petition to remand (doc. no. 4) is set for submission, without oral argument, on October 13, 2006, with all briefs due by said date.

DONE, this the 29th day of September, 2006.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE