IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **CLARENCE GLENN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER.: 3:06 CV 789-MHT |
| | * | |
| **MARICA MONTGOMERY, et al.,** | * | |
| | * | |
| Defendant. | * | |

## CONSENT TO REMAND

COMES NOW the Defendant, Marica Montgomery, and in reliance upon a representation by the Plaintiff that an amount greater than $75,000 will never be sought in this case, hereby consents to a remand of this case.

DATED this 11th day of October, 2006.

        /s/ Jeffrey G. Hunter
        ALEX L. HOLTSFORD, JR.  (HOL048)
        JEFFREY G. HUNTER (HUN028)
        Attorney's For Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Lawrence T. King
Lindsey O. Hill
Goozee, King, & Horsley
Shades Brook Building
3300 Cahaba Road, Suite 200
Birmingham, Alabama 35223

      This the 11th day of October, 2006.

      /s/ Jeffrey G. Hunter
      OF COUNSEL